JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND JENKINS, <br><br> Petitioner, <br><br> v. <br><br> SAN BERNARDINO COUNTY JAIL, <br><br> Respondent. | Case No. ED CV 20-2220-AB (SP) <br><br><br> **JUDGMENT** |

Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: November 16, 2020

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE